## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|                            |     |                            |
|----------------------------|-----|----------------------------|
| Debora Ann Randolph,       | )   |                            |
|                            | )   |                            |
|     Plaintiff, | )   | Case No. 2:17-cv-2009-CM-JPO |
|                            | )   |                            |
| vs.                        | )   |                            |
|                            | )   |                            |
| Trans Union, LLC,          | )   |                            |
|                            | )   |                            |
|     Defendant. | )   |                            |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff and hereby notifies the Court that a resolution of this case has been reached with Defendant, and requests that the deadlines in this matter be passed for settlement until the parties can prepare and file a Stipulation of Dismissal.

Respectfully submitted,

/s/ Chelsea S. Springer
Chelsea S. Springer #20522
The Law Offices of Tracy L. Robinson, LC
818 Grand Boulevard, Suite 505
Kansas City, MO 64106
Phone: (816) 842-1317
Fax:    (816) 842-0315
chelseas@tlrlaw.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

This certifies that on this 24th day of March, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

/s/ Chelsea S. Springer
Attorney for Plaintiff